UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| VINCENT CANNADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:19-CV-04001-BCW |
| ) | |
| STATE OF MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANT'S MOTION TO DISMISS**

COMES NOW defendants State of Missouri, State of Missouri Administrative Hearing Commission, Willis Doss, Aaron Hart, and Brandon Ousley, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and for the reasons more fully developed in the suggestions filed in support of this motion, move to dismiss Plaintiff's Complaint with prejudice.

For the reasons stated in their Suggestions in Support of Motion to Dismiss, Defendants respectfully request that this Court enter an order sustaining this motion and dismissing Plaintiff's claims with prejudice.

Respectfully submitted,

**ERIC SCHMITT**
Attorney General

*/s/ Robert Hatley*
Robert Hatley, Mo. Bar No.: 67719
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
Phone: (816) 889-2250
Facsimile: (816)889-5006
robert.hatley@ago.mo.gov

1

> Attorney for Defendants State of Missouri, State of Missouri Administrative Hearing Commission, Willis Doss, Aaron Hart, and Brandon Ousley

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I filed the foregoing electronically with the Clerk of Court and mailed a copy, postage prepaid, to:

Vincent Cannady
17472 S. 2950 Road
El Dorado Springs, Missouri 64744
Pro se Plaintiff

> */s/ Robert Hatley*
> Assistant Attorney General